# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ALEJANDRA CAROLINA GUTIERREZ

VERSUS

JOSHUA LAWRENCE BRUNO

NO.  2025 CW 1028

**NOVEMBER 26, 2025**

---

In Re:  Alejandra Carolina Gutierrez, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 175764.

---

**BEFORE:  McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED.**

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
  FOR THE COURT